No. 01–7103.  OLIVER *v.* MOORE, SECRETARY, FLORIDA DE-
PARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 01–7104.  NOBLE *v.* CALIFORNIA.  Ct. App. Cal., 2d App.
Dist.  Certiorari denied.

No. 01–7105.  PARK *v.* KUYKENDALL, WARDEN.  C. A. 9th Cir.
Certiorari denied.

No. 01–7107.  GOOLSBY *v.* ATLANTA INDEPENDENT SCHOOL
SYSTEM.  C. A. 11th Cir.  Certiorari denied.

No. 01–7114.  WALKER *v.* CAREY, WARDEN, ET AL.  C. A. 9th
Cir.  Certiorari denied.

No. 01–7115.  ANAYA VERDUGO *v.* PRUNTY, WARDEN.  C. A.
9th Cir.  Certiorari denied.

No. 01–7116.  BURR *v.* WALKER, SUPERINTENDENT, AUBURN
CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 01–7119.  SOLOMON *v.* MCLEMORE, WARDEN.  C. A. 6th
Cir.  Certiorari denied.

No. 01–7127.  BEARD *v.* OKLAHOMA.  Ct. Crim. App. Okla.
Certiorari denied.

No. 01–7129.  RUFF *v.* CLARKE, WARDEN.  C. A. 9th Cir.  Cer-
tiorari denied.

No. 01–7131.  GREEN *v.* PLILER, WARDEN, ET AL.  C. A. 9th
Cir.  Certiorari denied.

No. 01–7133.  DANIEL *v.* WORKERS' COMPENSATION APPEALS
BOARD.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 01–7134.  OMAR-MUHAMMAD *v.* WILLIAMS, WARDEN, ET AL.
C. A. 10th Cir.  Certiorari denied.

No. 01–7142.  MOORE *v.* DORMIRE, SUPERINTENDENT, JEFFER-
SON CITY CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari
denied.